Entered: September 23, 2019
Signed: September 23, 2019

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   19–17461 – NVA   Chapter:   7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Jeffrey Kang
aka Jeffrey Kang, aka Jeffrey Byung Il Kang
12204 Linden Linthicum Ln
Clarksville, MD 21029

Social Security No.:   xxx–xx–3473

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 5/31/19.

The estate of the above−named debtor has been fully administered.

ORDERED, that Marc H. Baer is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *dsmith*